IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CR-00380-RJC-DSC *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANTONY LINTON STEWART, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's "Motion for the Limited Unsealing of Arrest Warrant and Indictment to Provide Information to Foreign Law Enforcement to Aid in the Apprehension of Defendant" (Doc. 5) filed on June 14, 2022. For the reasons set forth therein, the Government's Motion to unseal the Indictment and Arrest Warrant for the limited purpose of disclosing it to Jamaican judicial and prosecution officials is **GRANTED**.

**IT IS FURTHER ORDERED** that this Order and the Government's Motion remain under seal until the docket is unsealed.

**SO ORDERED**.

Signed: June 15, 2022

David S. Cayer
United States Magistrate Judge